IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:20-cv-293-GCM

| | |
|---|---|
| **BROOKDALE SENIOR LIVING,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **GARY WEIR, as Administrator of the Estate of Jean Howard,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Erica Rutner** (Doc. No. 3), which was filed May 26, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Ms. Rutner is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Brookdale Senior Living.

**IT IS SO ORDERED.**

Signed: June 10, 2020

Graham C. Mullen
United States District Judge