IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BROOKDALE SENIOR LIVING, INC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No: 3:20-CV-00293-CGM |
| ) | |
| v. ) | JUDGE GRAHAM C. MULLEN |
| ) | |
| GARY WEIR, as administrator of the Estate ) | |
| of Jean Howard ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

On this date came on to be considered Defendant's Unopposed Motion to Substitute Party. The Court finds that the Motion is well-taken and should in all respect be GRANTED.

IT IS THEREFORE ORDERED that Rachel E. Weir, Executrix of the Estate of Jean Howard, shall be substituted as Defendant. The Clerk shall revise the docket to reflect the substitution.

IT IS FURTHER ORDERED that the stay is lifted.

Signed: October 21, 2020

Graham C. Mullen
United States District Judge