IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00293-GCM

| | |
|---|---|
| BROOKDALE SENIOR LIVING COMMUNITIES, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> RACHEL E. WEIR, *as Administrator of the Estate of Jean Howard,* <br><br> **Defendant,** <br><br> and <br><br> RACHEL E. WEIR, <br><br> **Counter Claimant,** <br><br> v. <br><br> BROOKDALE SENIOR LIVING COMMUNITIES, INC., <br><br> **Counter Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motions for Admission *Pro Hac Vice* concerning Ali Naini (Doc. No. 15), Elizabeth A. Aniskevich (Doc. No. 16), and Kelly Bagby (Doc. No. 17).

Upon review and consideration of the Motions, which were accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motions.

In accordance with Local Rule 83.1(b), Ali Naini, Elizabeth A. Aniskevich, and Kelly Bagby are admitted to appear before this court *pro hac vice* to represent Rachel E. Weir, Executrix of the Estate of Jean Howard.

**SO ORDERED**.

Signed: December 23, 2020

*Graham C. Mullen*
Graham C. Mullen
United States District Judge