# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-00293-GCM

| | |
|---|---|
| **BROOKDALE SENIOR LIVING COMMUNITIES, INC.,**<br><br>   Plaintiff,<br><br> v.<br><br>**RACHEL E. WEIR,** *as Administrator of the Estate of Jean Howard,*<br><br>   Defendant,<br><br> and<br><br>**RACHEL E. WEIR,**<br><br>   Counter Claimant,<br><br> v.<br><br>**BROOKDALE SENIOR LIVING COMMUNITIES, INC.,**<br><br>   Counter Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning David A. Changas (ECF Doc. 20).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), David A. Changas is admitted to appear before this court *pro hac vice* to represent Plaintiff Brookdale Senior Living Communities Inc.

**SO ORDERED**.

Signed: January 5, 2021

Graham C. Mullen
United States District Judge