IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00293-GCM

| | |
|---|---|
| **BROOKDALE SENIOR LIVING COMMUNITIES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**RACHEL E. WEIR,** *as Administrator of the Estate of Jean Howard,*<br><br>Defendant,<br><br>and<br><br>**RACHEL E. WEIR,**<br><br>Counter Claimant,<br><br>v.<br><br>**BROOKDALE SENIOR LIVING COMMUNITIES, INC.,**<br><br>Counter Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning Christa L. Collins (ECF Doc. 23).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Christa L. Collins is admitted to appear before this court *pro hac vice* to represent Rachel Elise Weir, Executrix of the Estate of Jean Howard.

**SO ORDERED**.

Signed: January 6, 2021

Graham C. Mullen
United States District Judge