IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV293-GCM

| | |
|---|---|
| BROOKDALE SENIOR LIVING INC., | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| RACHEL ELISE WEIR, as Executrix of the Estate of Jean Howard, | ) |
| Defendant. | ) |

This matter is before the Court upon its own motion. A discovery conference was held in this case on June 24, 2021. Based upon discussion at the conference,

IT IS THEREFORE ORDERED that counsel for Brookdale confirm with the Court via email whether counsel for Mr. Cesar will accept a subpoena on his behalf;

IT IS FURTHER ORDERED that counsel is directed to send the Court a copy of the transcript of the 30(b)(6) deposition; and

IT IS FURTHER ORDERED that all deadlines in this case shall be extended an additional 90 days.

Signed: June 24, 2021

Graham C. Mullen
United States District Judge