IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00293-GCM

BROOKDALE SENIOR LIVING
COMMUNITIES, INC.,

      **Plaintiff,**

v.

RACHEL E. WEIR, as Executrix of the
Estate of Jean Howard,

      **Defendant.**

**ORDER**

This matter is before the Court upon the parties' Joint Motion to Extend Existing Deadlines. Having considered the Joint Motion and other wise being fully advised,

IT IS THEREFORE ORDERED that the Joint Motion to Extend Existing Deadlines is GRANTED. Accordingly, the following scheduling deadlines are established:

1. November 3, 2021: Completion of all discovery
2. December 15, 2021: Deadline for filing dispositive motions
3. January 15, 2022: Deadline for filing responses to dispositive motions
4. February 1, 2022: Deadline for filing replies in support of dispositive motions

Signed: October 4, 2021

Graham C. Mullen
United States District Judge