IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV293-GCM

| | |
|---|---|
| BROOKDALE SENIOR LIVING INC., ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| RACHEL ELISE WEIR, as Executrix of the ) Estate of Jean Howard, ) | |
| Defendant. ) | |

This matter is before the Court upon Brookdale's Motion for Reconsideration of the Court's Order on Defendant's Motion to Stay Proceedings and Compel Arbitration. The Defendant has filed a response in opposition and Brookdale has not filed a Reply. After reviewing the briefs of the Parties, the Court is persuaded by Defendant's argument and will deny the Plaintiff's motion.

IT IS THEREFORE ORDERED that Defendant's Motion for Reconsideration is hereby DENIED.

Signed: November 2, 2021

Graham C. Mullen
United States District Judge