IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV293-GCM

| | | |
|---|---|---|
| BROOKDALE SENIOR LIVING INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RACHEL ELISE WEIR, as Executrix of the Estate of Jean Howard, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon its own motion. As the Court has ordered the Parties to proceed to select an arbitrator as directed in the Agreement, this matter is stayed until such arbitrator is selected. The Parties are hereby directed to notify the Court once the arbitrator has been selected.

IT IS SO ORDERED.

Signed: February 1, 2022

Graham C. Mullen
United States District Judge