IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV293-GCM

| | | |
|---|---|---|
| BROOKDALE SENIOR LIVING INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RACHEL ELISE WEIR, as Executrix of the Estate of Jean Howard, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon its own motion. On February 1, 2022 the Court entered an Order in this case directing the Parties to proceed to select an arbitrator and staying this matter until such arbitrator is selected. The Parties are hereby directed to inform the Court of the status of this matter within fourteen (14) days.

SO ORDERED.

Signed: May 16, 2022

Graham C. Mullen
United States District Judge