IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV293-GCM

| | |
|---|---|
| BROOKDALE SENIOR LIVING INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RACHEL ELISE WEIR, as Executrix of the ) <br> Estate of Jean Howard, ) <br> ) <br> Defendant. ) <br> ) | ORDER |

This matter is before the Court upon its own motion. On January 27, 2022, the Court granted Plaintiff's Motion for Summary Judgment as to Defendant's Counterclaim, granted the Motion to Compel arbitration pursuant to the Court's Order of August 6, 2021, and directed the Parties to proceed to arbitration. (Doc. No. 54). The Court then ordered this matter stayed until selection of the arbitrator. (Doc. No. 55). The Parties filed a Joint Status Report informing the Court than an arbitrator has been selected and the Parties are proceeding with arbitration. It appears to the Court that all issues in this case have been concluded. Accordingly, this case should be closed.

IT IS THEREFORE ORDERED that the Clerk's Office is directed to close this case.

Signed: May 18, 2022

Graham C. Mullen
United States District Judge