# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Brookdale Senior Living Communities, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00293-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Rachel E. Weir<br>Gary W. Weir, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 18, 2022 Order.

May 18, 2022

_____
Frank G. Johns, Clerk
United States District Court